UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| MARIAH ATWOOD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:19-cv-00275-TWP-DML |
| | ) | |
| CREDIT ONE BANK, N.A., et al. | ) | |
| | ) | |
| Defendants. | ) | |

## Report and Recommendation to Partially Dismiss Complaint without Prejudice

On March 19, 2020, the court issued an order to show cause to the plaintiff (Dkt. 11). The plaintiff was ordered to show cause by April 2, 2020, why the complaint against defendant Equifax Information Services, LLC should not be dismissed because of her failure to serve defendant Equifax within 90 days of its filing. To date, the plaintiff has not responded to the order to show cause.

Because of plaintiff's failure to comply with the court's order, the Magistrate Judge recommends to the District Judge that the complaint be DISMISSED WITHOUT PREJUDICE as to defendant Equifax. Any objections to the Magistrate Judge's Report and Recommendation must be filed in accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). Failure to file objections within fourteen days after service will constitute a waiver of subsequent review absent a showing of good cause for such failure.

IT IS SO RECOMMENDED.

Date: 4/3/2020

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system