UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| MARIAH ATWOOD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:19-cv-00275-TWP-DML |
| CREDIT ONE BANK, N.A., | ) ) ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge submitted her Report and Recommendation to Partially Dismiss Complaint without Prejudice (Dkt. 12). The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation and noting Plaintiff filed a Notice of Voluntary Dismissal on April 13, 2020, hereby adopts the Magistrate Judge's Report and Recommendation.

IT IS SO ORDERED.

Date: 4/23/2020

*[signature]*

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Jacob V. Bradley
QUARLES & BRADY LLP (Indianapolis)
jacob.bradley@quarles.com

David W. Hemminger
HEMMINGER LAW OFFICE
hemmingerlawoffice@gmail.com